PER CURIAM.
Affirmed on the authority of Barnes v. United States, 412 U.S. 837, 93 S.Ct. 2357, 37 L.Ed.2d 380 (1973); Smith v. State, 394 So.2d 407 (Fla.1980); Edwards v. State, 381 So.2d 696 (Fla.1980); State v. Young, 217 So.2d 567 (Fla.1968), cert. denied, 396 U.S. 853, 90 S.Ct. 112, 24 L.Ed.2d 101 (1969); Kinnon v. State, 439 So.2d 958 (Fla. 3d DCA 1983), petition for rev. denied, 451 So.2d 849 (Fla.1984).
STONE, FARMER and STEVENSON, JJ., concur.